| | |
|---|---|
| 1 | Todd M. Friedman (216752) |
| | Law Offices of Todd M. Friedman, P.C. |
| 2 | 324 S. Beverly Dr. #725 |
| | Beverly Hills, California  90212 |
| 3 | Phone:  (877) 206-4741 |
| | Fax:  (866) 633-0228 |
| 4 | tfriedman@toddflaw.com |

closed

Attorneys for Plaintiff
NATHAN HALE

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Christopher F. Wong (142507)
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  (213) 239-9800
Facsimile:  (213) 239-9045
christopher.wong@ogletreedeakins.com

Attorneys for Defendant
NORTHCENTRAL UNIVERSITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HALE, on behalf of himself and all others similarly situated, | Case No. 2:16-cv-02292 JFW (PLAx) |
| | **ORDER** |
| Plaintiff, | |
| v. | |
| NORTHCENTRAL UNIVERSITY, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

# FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice as to Plaintiff Nathan Hale and Without Prejudice as to the Putative Class, filed on September 8, 2016. Upon careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-referenced action is hereby (i) DISMISSED WITH PREJUDICE as to Plaintiff Nathan Hale only and (ii) DISMISSED WITHOUT PREJUDICE as to the putative class described in the Complaint.

2. Each party shall bear his or its own costs and fees, including attorneys' fees.

September 12, 2016  
Date

_____  
UNITED STATES DISTRICT JUDGE

25802259.1